The PEOPLE of the State of Colorado, Petitioner,

v.

Gregory Lance BINKLEY, Respondent.

No. 89SC686.

Supreme Court of Colorado.

May 29, 1990.

Duane Woodard, Atty. Gen., Charles B. Howe, Deputy Atty. Gen., and Richard H. Forman, Sol. Gen., Clement P. Engle, Asst. Atty. Gen., Denver, for petitioner.

David F. Vela, Colorado State Public Defender and Janet Fullmer Youtz, Deputy State Public Defender, Denver, for respondent.

## ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED that the Petition for Certiorari shall be, and the same hereby is, GRANTED, and the judgment of the Court of Appeals is vacated, and the case remanded to the Court of Appeals for reconsideration in light of *People v. Terry*, 791 P.2d 374 (Colo.1990).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.